[No. 5721-6-III.   Division Three.   January 26, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. CARLOS
HERRERA LOPEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Grant

County, No. 82–1–00175–1, James D. Kendall, J., entered February 18, 1983. *Affirmed* by unpublished per curiam opinion.